IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COLEEN ETSUKO TOM and JOYCELYN WANDA UNCIANO, <br><br> Plaintiff(s), <br><br> vs. <br><br> GMAC MORTGAGE, LLC, a Delaware Limited Liability Company, registered to do business in the State of Pennsylvania; DAVID B. ROSEN, ESQ., an attorney licensed to practice law in the State of Hawaii; KRISTINE WILSON, individually and in her capacity as Limited Signing Officer for GMAC Mortgage, LLC; DOE INDIVIDUALS 1-10; DOE BUSINESS ENTITIES 1-10; DOE LLC'S 1-10; DOE CORPORATE ENTITIES 1-10 , <br><br> Defendant(s). | CV 10-00653 SOM-BMK <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on January 31, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 18, 2011.



   /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Tom, et al. v. GMAC Mortgage, LLC; Civ. No. 10-00653 SOM-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION